1

**JODI D. THORP**
California State Bar No. 223663

2

**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900

3

San Diego, California 92101-5008
Telephone:  (619) 234-8467

4

Facsimile:    (619) 687-2666
jodi_thorp@fd.org

5

6

Attorneys for Defendant Mr. Garcia

7

8

UNITED STATES DISTRICT COURT

9

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,                    )     Case No. 07mj2638
                                             )
12

               Plaintiff,                    )
                                             )
13

v.                                           )
                                             )     **NOTICE OF APPEARANCE**
14

SERGIO GARCIA,                               )
                                             )
15

               Defendant.                    )
                                             )
16

_____     )

17

               Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18

Jodi D. Thorp, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the

19

above-captioned case.

20

                                             Respectfully submitted,

21

22

Dated:  November 15, 2007                     *s/ Jodi D. Thorp*_____
                                             JODI D. THORP
23

                                             Federal Defenders of San Diego, Inc.
                                             Attorneys for Defendant
24

                                             jodi_thorp@fd.org

25

26

27

28