**JODI D. THORP**
California State Bar No. 223663
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
jodi_thorp@fd.org

Attorneys for Mr. Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) SERGIO GARCIA, ) ) Defendant. ) ) | Case No. 07mj2638 PROOF OF SERVICE |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

   **United States Attorney**
   efile.dkt.gca@usdoj.gov

Dated: November 15, 2007        *s/ Jodi D. Thorp*
                **JODI D. THORP**
                Federal Defenders
                225 Broadway, Suite 900
                San Diego, CA 92101-5030
                (619) 234-8467 (tel)
                (619) 687-2666 (fax)
                e-mail: jodi_thorp@fd.org