FILED
DEC - 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of
Substitution of Counsel,

JODI D. THORP, Esq.

)
)
)
)
)
)
)
)

**ORDER
FOR SUBSTITUTION OF COUNSEL
AND NOTICE OF APPEARANCE**

**IT IS HEREBY ORDERED** that Jodi D. Thorp, upon her departure from Federal Defenders of San Diego, Inc., and entering into private practice at 427 West C Street, Suite 300, San Diego, California, 92101, Phone (619) 233-3169 ext 14, Fax (619) 684-3569 Email *jodithorp@thorplawoffice.com* be substituted as appointed counsel and that Federal Defenders be relieved in the following cases as listed in the attached, effective after December 1, 2007.

**SO ORDERED.**

DATE: 12/6/07

_____
HONORABLE IRMA E. GONZALEZ
Chief Judge, United States District Court
Southern District of California

**CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC., TO JODI D. THORP, ESQ., CALIFORNIA BAR NO. 223663 AS APPOINTED COUNSEL OF RECORD EFFECTIVE AFTER DECEMBER 1, 2007**

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

| CASE NAME | CASE NO. | | NEXT COURT DATE | JUDGE |
|---|---|---|---|---|
| U.S. v. Guadalupe Aispuro | 07cr3133-JLS | DISPO | 12/14/07 | JLS |
| U.S. v. Juan Manuel Alvarez-Ortiz | 07cr2822-WQH | INLIMIN | 12/10/07 | WQH |
| U.S. v. Juan Manuel Alvarez-Ortiz | 07cr1934-BEN-01 | OSC/STATUS | 12/20/07 | AJB |
| U.S. v. Guillermo Torres Antonio | 07cr1218-JTM | MTNS | 1/4/08 | JTM |
| U.S. v. Salvador Barajas-Cruz | 07cr3203-BTM | CHNG PLEA | 12/11/07 | BLM |
| U.S. v. Oscar Javier Beltran-Lastra | 07cr2138-IEG | MTNS | 1/14/08 | IEG |
| U.S. v. Erika Cedano | 07cr2589-WQH | SENT | 1/14/07 | WQH |
| U.S. v. Victor Joaquin Cordova | 07mj8923 | PE | 12/11/07 | PCL |
| U.S. v. Rita De La Cruz Carillo | 07cr0852-BEN | MTNS | 12/3/07 | BEN |
| U.S. v. Steve Victor Cuthbertson | 07cr3140-BTM | MTN/TS | 12/21/07 | BTM |
| U.S. v. Fidencio Duarte Hernandez | 07MJ2672 | PE | 12/13/07 | NLS |
| U.S. v. Jesus Hernandez de la Paz | 07mj2283 | PE | 12/13/07 | NLS |
| U.S. v. Blanca Estrella-Moran | 07cr3116-LAB | PLEA HRNG | 12/11/07 | LAB |
| U.S. v. Maribel Garza Felipe | 07cr0220-WQH | PO/SENT | 12/10/07 | WQH |
| U.S. v. David Joseph Friedman | 07cr2859-DMS | SENT | 2/1/08 | DMS |
| U.S. v. Sergio Garcia | 07mj2638 | PE | 12/11/07 | NLS |
| U.S. v. Alvaro Jesus Gomez-Orbe | 07CR3180-TJW | PO/SENT | 2/26/07 | TJW |
| U.S. v. Jorge Granados-Alvarez | 07cr0642-GT | SENT | 12/10/07 | GT |
| U.S. v. Ramiro Gutierrez-Estebez | 07mj8908 | PE | 12/4/07 | PCL |
| U.S. v. Obdulia Eugenia Hernandez-Flores | 07cr2344-BTM-01 | SENT | 12/14/07 | BTM |
| U.S. v. Juan Hernandez-Rojas | 07cr2910-MJL | SENT | 2/4/08 | MJL |
| U.S. v. Kathlee Cornell Jones | 07cr2639-JMA | PE | 12/6/07 | JMA |
| U.S. v. Bernardino Arevalo Luna | 07CV1203-DMS | PENDING | | RBB |
| U.S. v. Bernardino Arevalo Luna | 06MJ2249 | PENDING | | WMC |

1


| # | Case Name | Case No. | Status | Date | Judge |
|---|---|---|---|---|---|
| 1 | U.S. v. Sergio Martinez-Benavides | 05cr0828-WQH | OSC | 11/17/08 | WQH |
| 2 | U.S. v. Sergio Martinez-Benavides | 07cr2322-JAH | SENT | 12/17/07 | JAH |
| 3 | U.S. v. Frank Molina | 07cr3063-MLH | PLEA HRNG | 1/13/08 | MLH |
| 4 | U.S. v. Andres Nieves-Munoz | 07cr3136-TJW | PLEA HRNG | 12/3/07 | TJW |
| 5 | U.S. v. Scott Leo Paul | 07cr1735-MLH | SENT | 12/10/07 | MLH |
| 6 | U.S. v. Oscar Eduardo Prudencio-Cueva | 07mj2672 | PE | 12/4/07 | NLS |
| 7 | U.S. v. Henry Renderos | 07cr0703-MLH | PO/SENT | 12/10/07 | MLH |
| 8 | U.S. v. Ronald Glynn Russell | 07cr2130-JTM-01 | STATUS | 1/4/08 | JTM |
| 9 | U.S. v. Francisco Javier Rodriguez | 07cr3097-DMS | DISPO | 12/18/07 | DMS |
| 10 | U.S. v. Jose Angel Rodriguez | 07cr2019-IEG | PO/SENT | 1/4/08 | IEG |
| 11 | U.S. v. Antonio Ruelas-Rodriguez | 07cr2463-IEG | SENT | 12/19/07 | IEG |
| 12 | U.S. v. Juan Esteban Ruiz | 07mj8924 | PE | 12/11 | AJB |
| 13 | U.S. v. Scot Albert Sharp | 07mj2768 | PE | 12/11/07 | AJB |
| 14 | U.S. v. Chris Allen Soderberg | 07CR2050-LAB | PO/SENT | 1/22/08 | LAB |
| 15 | U.S. v. Pablo Ruiz-Soto | 07cr2142-MJL | SENT | 12/10/07 | MJL |
| 16 | U.S. v. Horace Edward Smith | 07cr0211-JAH | PO/SENT | 1/28/08 | JAH |
| 17 | U.S. v. Rosa Maria Soto-Ortiz | 07CR3104-LAB | MTNS | 12/17/07 | LAB |
| 18 | U.S. v. Francisco Torres-De Leon | 07cr3065-JLS | DISPO | 12/7/07 | JLS |
| 19 | U.S. v. Fabian Verdugo | 07cr1908-IEG | MTN HRNG | 1/7/08 | IEG |
| 20 | U.S. v. Steve Wells | 07cr2773-JTM | MTN HRNG | 1/11/08 | JTM |

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## SOUTHERN DISTRICT CASES ON APPEAL

| CASE NAME | CASE NOS. | STATUS |
|---|---|---|
| U.S. v. Navor Solis-Alvarez | 04cr9145-GT   05-50179 | Cert due 12/29/07 |

**End of District Court Cases on Appeal**